# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00580-CR
### NO. 03-07-00595-CR

**Pedro Tapia Castillo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NOS. D-1-DC-07-300429 & D-1-DC-07-300846
### HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Pedro Castillo seeks to appeal judgments of conviction for family violence assault and aggravated assault. The trial court has certified that these are plea bargain cases, and Castillo has no right of appeal. The appeals are dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed: November 1, 2007

Do Not Publish